FILED

OCT 2 3 2017

CLERK, U.S. DISTRICT COURT
NORFOLK, VA

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
**Newport News Division**

IN RE:                          )      **UNDER SEAL**
                                )
**CRIMINAL COMPLAINT**          )      **CASE NUMBER 4:17mj** 182
                                )

### MOTION TO SEAL CRIMINAL COMPLAINT

The United States of America, by and through its attorneys, Dana J. Boente, United States Attorney for the Eastern District of Virginia, and Eric M. Hurt, Assistant United States Attorney, pursuant to Local Criminal Rule 49(B) moves to seal the criminal complaint, affidavit in support of the complaint and arrest warrant in this case.

Sealing is necessary to avoid notification of the existence of the arrest warrant which could result in flight from prosecution, the destruction of or tampering with evidence, the intimidation of potential witnesses, jeopardize the safety of the arresting officers or otherwise jeopardize the investigation.   Another procedure will not adequately protect the needs of law enforcement at this time.   Such sealing is within the discretion of this Court and may be granted "for any legitimate prosecutorial need."   *United States v. Ramey*, 791 F.2d 317, 321 (4th Cir. 1986); *see also, In re Baltimore Sun Co. v. Goetz*, 886 F.2d 60, 65 (4th Cir. 1989).

The United States requests that the criminal complaint, affidavit in support of the complaint and arrest warrant remain under seal until the initial appearance of the defendant, at which time the criminal complaint and affidavit in support of the complaint may be treated as a matter of public record.

DANA J. BOENTE
UNITED STATES ATTORNEY

Eric M. Hurt
Assistant United States Attorney