IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Newport News Division

FILED
OCT 23 2017
CLERK, U.S. DISTRICT COURT
NORFOLK, VA

| | | |
|---|---|---|
| IN RE: | ) | UNDER SEAL |
| | ) | |
| CRIMINAL COMPLAINT | ) | CASE NUMBER 4:17mj 182 |
| | ) | |

### ORDER SEALING CRIMINAL COMPLAINT

Upon motion of the United States Attorney, pursuant to Local Criminal Rule 49(B) the Court finds that sealing of the criminal complaint, affidavit in support of the criminal complaint and arrest warrant is necessary to prevent notification of the existence of the arrest warrants which could result in flight from prosecution, the destruction of or tampering with evidence, the intimidation of potential witnesses, jeopardize the safety of the arresting officers or otherwise jeopardize the investigation.

It is hereby ORDERED that the criminal complaint, affidavit in support of the criminal complaint and arrest warrant are sealed.

It is further ORDERED that: (1) a certified copy of the complaint shall be provided to the United States Attorney's Office and those law enforcement officials involved in the prosecution of this case; and (2) a copy of the sealed arrest warrant shall be provided by the United States Marshal's Service to agents of the Federal Bureau of Investigation.

It is further ORDERED that the criminal complaint, affidavit in support of the criminal complaint and arrest warrant are unsealed at the initial appearance of the defendant, at which time the criminal complaint and affidavit in support of the complaint may be treated as a public record.

_/s/ Robert J. Krask_
ROBERT J. KRASK
UNITED STATES MAGISTRATE JUDGE

Norfolk, Virginia
October 23, 2017

WE ASK FOR THIS:

DANA J. BOENTE
UNITED STATES ATTORNEY

_____
Eric M. Hurt
Assistant United States Attorney