AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Robert L. Burnett | ) | Case No. 4:17mj 182 |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __2013 and October 2017__ in the county of _____ in the __Eastern__ District of __Virginia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. Section 1956 | Conspiracy to Committ Money Laundering |
| 18 U.S.C. Section 982(a)(1) | Criminal forfeiture--assets subject to forfeiture include, but are not limited to, 15150 Batiste Ct, Carrollton, VA and 107 Seminary Ridge Road, Hampton, VA. |

This criminal complaint is based on these facts:

See Affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Jason Holsinger, Special Agent FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 10/23/2017

_____
*Judge's signature*

City and state: Norfolk, Virginia

Robert J. Krask, United States Magistrate Judge
*Printed name and title*