AO 442 (Rev. 11/11) Arrest Warrant

ORIGINAL

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia
Newport News Division

| | |
|---|---|
| United States of America<br>v.<br>ROBERT L. BURNETT<br><br>*Defendant* | )<br>)  Case No. 4:17mj 182<br>)<br>)  SEALED DOCUMENTS<br>)<br>) |

2017 OCT 24 P 12: 00
EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION

## ARREST WARRANT

To: Any authorized law enforcement officer

YOU ARE COMMANDED to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* ROBERT L. BURNETT, who is accused of an offense or violation
based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☒ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. Section 1956(h) Conspiracy to Launder Money

IN OPEN COURT
OCT 25 2[017]
CLERK, U.S. DISTRICT COURT
NORFOLK, VA

Date: October 23, 2017

*Issuing officer's signature*

City and state: Norfolk, Virginia

Robert J. Krask, United States Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 10/24/2017, and the person was arrested on *(date)* 10/25/2017
at *(city and state)* Isle of Wright, VA.

Date: 10/25/2017

*Arresting officer's signature*

Christopher O'Donnell
FBI Special Agent
*Printed name and title*