IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Newport News Division

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No: 4:17MJ182 |
| ) | |
| ) | |
| ROBERT BURNETT ) | |

MOTION OF THE UNITED STATES TO
REVOKE RELEASE ORDER

COMES NOW the United States of America, by and through its attorneys, Dana J. Boente, United States Attorney for the Eastern District of Virginia, and Eric M. Hurt, Assistant United States Attorney, and respectfully moves this Court to revoke the Release Order pursuant to Title 18 U.S.C. § 3148(b).

As grounds therefore, the United States represent the following:

1. On October 23, 2017, the defendant and seven others were charged by criminal complaint in the United States District Court, Newport News Division. The defendant was charged with Conspiracy to Launder Money, in violation of 18 U.S.C. § 1956(h). The defendant was arrested on October 25, 2017 and the United States did not seek his detention. The Court placed the defendant on a $5,000 unsecured bond with the standard conditions of this court. These conditions included condition 7(f) which requires the defendant to "avoid all contact, directly or indirectly, with any person who is or may be a victim or witness in the investigation or prosecution, including: in all related cases: may have contact with wife and son but may not discuss case."

2. On October 26, 2017, the defendant went to the residence of a co-conspirator and

questioned her about the charges and the case. The co-conspirator declined to talk to the defendant as her bond conditions also contained paragraph 7(f) and asked him to leave. The defendant then asked to co-defendant to place his phone number into her phone so they could talk later.

    3.    Later on October 26, 2017, the defendant engaged in a lengthy conversation with co-conspirator Shirley Burnett during which the current case, the pending charges, the location and disposition of assets and contact with co-conspirators was discussed.

The United States moves this Honorable Court to revoke the Release Order previously entered by Magistrate Judge Robert J. Krask on October 25, 2017.

For the foregoing reasons, the United States respectfully requests that this Court set this matter for hearing and grant this Motion.

Respectfully submitted,

Dana J. Boente
United States Attorney

By: _____s/_____
Eric M. Hurt
Virginia Bar No.: 35765
Assistant United States Attorney
Attorney for the United States
United States Attorney's Office
Fountain Plaza Three, Suite 300
721 Lakefront Commons
Newport News, Virginia 23606
Phone: 757-591-4000
Fax: 757-591-0866
Email: eric.hurt@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on the 30th day of October 2017, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to interested parties.

And I hereby certify that I have e-mailed the document to the following non-filing user:

Sophia B. King
United States Probation Office
1001 Omni Boulevard
Suite 300
Newport News, VA 23606

                                               /S/
Eric M. Hurt
Virginia Bar No.: 35765
Attorney for the United States of America
United States Attorney's Office
Fountain Plaza Three, Suite 300
721 Lakefront Commons
Newport News, Virginia 23606
Phone:  757-591-4000
Fax:     757-591-0866
Email Address: eric.hurt@usdoj.gov